Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990
Email:              gfox@bfesf.com
                       jtran@bfesf.com

Attorneys for Defendants
CITY OF FAIRFIELD and JIMMIE WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DREVDAHL,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; J. WILLIAMS in his individual capacity and as a police officer for the Fairfield Police Department; and DOES1 - 50,<br><br>     Defendants. | No. 2:20-cv-00859-DB<br><br>**STIPULATION AND ORDER CONTINUING TRIAL** |

The parties acting by and through their legal counsel stipulate for an Order continuing the trial date from May 9, 2022, to May 23, 2022, and the pretrial conference date from Friday, March 11, 2022, to Friday March 25, 2022.  Good cause for the change is because lead trial defense counsel, Gregory Fox, was informed on March 10, 2021 by his youngest daughter, Alexandra Ruud Fox, that she is going to be married on Friday, March 11, 2022, in Washington D.C.  Changing the trial and pretrial conference date will allow Mr. Fox to attend his daughter's wedding and related events in Washington D.C.

///

///

STIPULATION AND ORDER CONTINUING TRIAL
*Drevdahl v. City of Fairfield, et al.* U.S.D.C. Eastern District of California Case No. 2:20-cv-00859-DB

Respectfully submitted,

DATED: March 26, 2021           POINTER & BUELNA, LLP

By: /s/ Patrick M. Buelna
Patrick M. Buelna
Attorney for the Plaintiff
JEFFREY DREVDAHL

DATED: March 26, 2021           BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/ Gregory M. Fox
Gregory M. Fox
Joanne Tran
Attorneys for Defendants
CITY OF FAIRFIELD and JIMMIE WILLIAMS

**ATTORNEY ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: March 26, 2021                       /s/ Gregory M. Fox
Gregory M. Fox

**ORDER**

Good cause appearing, the Stipulation if so Ordered. The Trial and Pretrial Conference are continued by 2 weeks, from May 9, 2022 to May 23, 2022, and from March 11, 2022 to March 25, 2022, respectively. The dates and contents of the pretrial filings set forth in Local Rules 281 and 282 are now adjusted based on the new pretrial conference date set forth in this order.

IT IS SO ORDERED.

DATED: March 31, 2021           /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER CONTINUING TRIAL
*Drevdahl v. City of Fairfield, et al.* U.S.D.C. Eastern District of California Case No. 2:20-cv-00859-DB