Gregory M. Fox, State Bar No. 070876
Richard W. Osman, State Bar No. 167993
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990
Email:   gfox@bfesf.com
         rosman@bfesf.com
         jtran@bfesf.com

Attorneys for Defendants
CITY OF FAIRFIELD and J. WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DREVDAHL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; J WILLIAMS in his individual capacity and as a police officer for the Fairfield Police Department; and DOES1 - 50,<br><br>    Defendants. | No. 2:20-cv-00859-DB<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE** |

It is hereby stipulated by and between the parties, plaintiff JEFFREY DREVDAHL and defendants CITY OF FAIRFIELD and JIMMIE WILLIAMS, by and through their attorneys of record, for an Order continuing the discovery cut-off date scheduled for October 29, 2021 to December 31, 2021. Good cause exists for this continuance based on the following:

1. The parties have pending motions for summary judgment. Plaintiff's motion for summary judgment has been taken under submission. Defendants' motion for summary judgment is currently

1

STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE
*Drevdahl v. City of Fairfield, et al.* U.S.D.C. Eastern District of California Case No. 2:20-cv-00859-DB

scheduled for a hearing on November 12, 2021.

    2.    Defendants have filed a motion to strike Plaintiff's expert Roger Clark's report and testimony. This hearing is currently scheduled for October 15, 2021. Defendants do not want to incur the costs of this deposition should the motion to strike be granted. The parties are still engaging in the meet and confer process regarding the motion to strike expert Roger Clark.

    3.    Plaintiff has noticed the deposition of the Fairfield Police Department's person most knowledgeable regarding restraint and body weapons. The parties are still meeting and conferring on the deposition date.

    4.    Defendants' lead trial counsel, Gregory M. Fox, is retiring due to health issues. Richard Osman is substituting in as lead trial counsel and has recently filed a notice of appearance in this matter. Mr. Osman needs time to review the case file and prepare for the depositions.

    5.    This proposed continuance will not affect the other scheduled dates in the Pretrial Order in Docket No. 14.

Given all of the reasons stated above, and the parties' agreement to continue the discovery cut-off for the PMK deposition and Mr. Clark's potential deposition, the parties respectfully request that the Court continue the discovery cut-off date from October 29, 2021 to December 31, 2021.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 4, 2021    POINTER & BUELNA, LLP

By:   */s/ Patrick M. Buelna*
    Patrick M. Buelna
    Attorney for the Plaintiff
    JEFFREY DREVDAHL

DATED: October 4, 2021    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Joanne Tran*
    Gregory M. Fox
    Richard W. Osman
    Joanne Tran
    Attorneys for Defendants
    CITY OF FAIRFIELD and JIMMIE WILLIAMS

## **ORDER**

Good cause appearing, the Stipulation is SO ORDERED. The discovery cut-off currently scheduled for October 29, 2021 is continued to December 31, 2021.

DATED: October 4, 2021  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE