UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY DREVDAHL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FAIRFIELD, municipal corporation; J. WILLIAMS, in his individual capacity and as a police officer for the Fairfield Police Department,<br><br>　　　　Defendants. | No.  2:20-cv-0859 DB<br><br><br>ORDER |

　　　　This action came before the undersigned on October 15, 2021, for hearing of defendants' motion to strike plaintiff's expert report.[1] (ECF No. 31.) Attorney Patrick Buelna appeared via Zoom on behalf of the plaintiff. Attorney Joanne Tran appeared via Zoom on behalf of the defendants.

////

////

////

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (ECF No. 8.)

1

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

    1. Defendants' motion to strike (ECF No. 31) is denied; and

    2. Defendants are granted leave to file a rebuttal expert report on or before November 15, 2021.

Dated: October 18, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB: 6
DB/orders/orders.consent/drevdahl0859.oah.101521